[No. 56280-1-I.  Division One.  April 10, 2006.]

MARK MARZOLF ET AL., *Respondents,* v. RED SHIELD INSURANCE COMPANY, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 04-2-13493-3, Stephen J. Dwyer, J., entered May 12, 2005. *Reversed* by unpublished opinion per Schindler, A.C.J., concurred in by Baker and Agid, JJ.

[No. 56529-0-I.  Division One.  April 10, 2006.]

RICK GILBERT, *Appellant,* v. C&L HOLDINGS, L.L.C., *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-2-02580-6, Ira Uhrig, J., entered June 3, 2005. *Reversed* by unpublished opinion per Schindler, A.C.J., concurred in by Ellington and Dwyer, JJ.

[No. 30124-5-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. THOMAS A. GORDON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 01-1-01367-0, Roger A. Bennett, J., entered March 4, 2003. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Houghton and Armstrong, JJ.